**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-61311-LEIBOWITZ/AUGUSTIN-BIRCH**

**HOLGER MARK DOERR, *et al.***,

*Plaintiff,*

*v.*

**VILLA VIE RESIDENCES CORPORATION,**
***et al.***,

*Defendants.*
_________________________________________/

**ORDER IN CASES WITH MULTIPLE DEFENDANTS**

To better manage the orderly progress of the case, it is hereby **ORDERED** as follows:

1. The Defendants shall file their responses and motions jointly.

    a. If there are conflicts of position, the co-Defendants shall file a *motion for leave to file separate responses or motions*, in which they must describe what those conflicts are.

    b. If the co-Defendants need more than twenty pages for their joint responses or motions, they shall file a *motion for leave to file excess pages*, which the Court will consider expeditiously.

2. The co-Defendants may file separate *answers* to the complaint.[1] The time for responsive pleadings—for all Defendants—begins to run once all Defendants have *either* (1) been served *or* (2) waived service. If the Defendants face response periods of different lengths—say,

[1] If the Defendants file a joint response or motion, it must contain *all* bases for dismissal, stay, abstention, or other relief the Defendants intend to raise. Nothing in this Order precludes the Defendants from later raising (non-waivable) jurisdictional defenses.

because one Defendant has been personally served whereas another has waived service—all Defendants will be subject to the *longest* of those response periods.

3. Failure to comply with these procedures may result in sanctions, including the striking of the motion(s) or response(s).

**DONE AND ORDERED** in the Southern District of Florida on July 3, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record